1  JERRY S. BUSBY
   Nevada Bar #001107
2  GREGORY A. KRAEMER
   Nevada Bar #010911
3  COOPER LEVENSON, P.A.
   3016 West Charleston Boulevard - #195
4  Las Vegas, Nevada  89102
   (702) 366-1125
5  FAX:  (702) 366-1857
   jbusby@cooperlevenson.com
6  gkraemer@cooperlevenson.com

7  Attorneys for Defendant
   SMITH'S FOOD & DRUG CENTERS, INC.
8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA M. PIERUCCI, an individual, | CASE NO. 2:18-cv-01452-MMD-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR** <br> **<u>DISMISSAL WITH PREJUDICE</u>** |
| SMITH'S FOOD & DRUG CENTERS, INC.; DOES I through X; and ROE ENTITIES I through X, | |
| Defendants. | |

WHEREAS, on June 30, 2020, all parties and their counsel of record participated in a settlement conference before the Magistrate Judge which resulted in a full and final settlement of any and all claims in this case;

IT IS HEREBY STIPULATED AND AGREED by and between DAVID L. TANNER, ESQ., of the TANNER LAW FIRM, Attorney for Plaintiff ANREA PIERUCCI, and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC., that:

1. Any and all claims herein against Defendant shall be dismissed with prejudice, each party to  bear their own fees and costs; and

/ / /

/ / /

CLAC 5716993.1

Case 2:18-cv-01452-MMD-BNW   Document 51   Filed 07/14/20   Page 2 of 2

2. That any remaining hearings, trial dates or other deadlines be vacated.

Respectfully submitted this 14th day of July, 2020.

| TANNER LAW FIRM | COOPER LEVENSON, P.A. |
|---|---|
| /s/ David A. Tanner<br>DAVID A. TANNER, ESQ.<br>Nevada Bar No. 008282<br>1320 East Pebble Road - #115<br>Las Vegas, NV 89123<br>(702) 987-8888<br>Attorney for Plaintiff<br>ANDREA M. PIERUCCI | /s/ Jerry S. Busby<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 001107<br>3016 West Charleston Blvd., #195<br>Las Vegas, Nevada 89102<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: July 14, 2020

2

CLAC 5716993.1